# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1373. LESHON STEWART v. JJ & T MANAGEMENT et al.**

This case originated as a dispossessory action in magistrate court. Following an adverse ruling by the magistrate court, Leshon Stewart appealed to the superior court, which entered a writ of possession in favor of JJ & T Management LLC and Waris Muhammad. Stewart filed both an application for discretionary appeal and a direct appeal from this ruling. The application was denied on January 23, 2025. See Case No. A25D0197. This is the direct appeal. We, however, lack jurisdiction.

The only means for appealing the decision of a superior court reviewing a magistrate court decision is by filing a discretionary application. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Furthermore, our denial of Stewart's application from the same order acts as res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/20/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*